UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SEHRA WAHEED,

Plaintiff,

- against -

FRANK J. BISIGNANO, *Commissioner of Social Security*,

Defendant.

---------------------------------------------------------------X

26-CV-5990 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's emergency requests for expedited relief and remand to the Social Security Administration are denied principally for the reasons set forth in the Commissioner's response at Dkt. 29.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 18, 19, 20, and 24.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2026
New York, New York

Copies transmitted this date to all parties of record.