UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

SEHRA WAHEED,

Plaintiff,

- against -

FRANK J. BISIGNANO, *Commissioner of Social Security*,

Defendant.

--------------------------------------------------------------X

26-CV-5990 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's application at Dkt. 31 requests that the Court act on her previously-filed and pending motion for emergency relief. Plaintiff does not specify which application among the many applications she has filed is of concern. However, the only previously-filed motions that appear not to have been terminated are Dkts. 15 and 16. Those applications, however, are subsumed by the requests for emergency relief at Dkts. 18, 19, 20, and 24, which have been acted on and terminated. Accordingly, Plaintiff's application at Dkt. 31 is denied as moot.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 15, 16, and 31.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 13, 2026
New York, New York

Copies transmitted this date to all parties of record.