UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SEHRA WAHEED,

Plaintiff,

- against -

FRANK J. BISIGNANO, *Commissioner of Social Security*,

Defendant.

---------------------------------------------------------------X

26-CV-5990 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 28, 2026 (Dkt. 30), the Court denied Plaintiff's application for expedited briefing and consideration of her complaint in this action. On October 6, 2026, Plaintiff filed a document titled "Plaintiff's Expanded Reply To Defendant's Response To Court Orders Issued September 9 And September 14, 2026, And Renewed Request For Expedited Consideration." (Dkt. 32.) The response to which Plaintiff's filing refers is the Commissioner's letter brief at Dkt. 29 that was filed at the Court's direction in response to Plaintiff's application for expedited briefing and consideration of the Court's September 28, 2026 order.

Accordingly, Plaintiff's instant filing is construed as a motion for reconsideration. The Commissioner shall file a response to the motion by **October 20, 2026**, focusing particularly on Plaintiff's invocation of SSR 91-5P, *Stieberger v. Apfel*, and *Byam v. Barnhart*, although the Commissioner may address other issues as well.

SO ORDERED.

ROBERT W. LEHRBURGER

UNITED STATES MAGISTRATE JUDGE

Dated: October 13, 2026
New York, New York

Copies transmitted this date to all parties of record.