UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SEHRA WAHEED,

Plaintiff,

- against -

FRANK J. BISIGNANO, *Commissioner of Social Security*,

Defendant.
---------------------------------------------------------------X

26-CV-5990 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's letter request at Dkt. 33 is duplicative of the request at Dkt. 31 and is denied as moot for the same reasons as explained in Dkt. 34.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 14, 2026
New York, New York

Copies transmitted this date to all parties of record.