UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEHRA WAHEED,<br><br>Plaintiff,<br><br>- against -<br><br>FRANK J. BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 26-CV-5990 (ALC) (RWL)<br><br>**Order** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 28, 2026 (Dkt. 30), the Court denied Plaintiff's motion for expedited briefing and consideration of her complaint in this action, which seeks to re-open a terminated application for social security benefits and to establish an earlier onset date of disability. On October 6, 2026, Plaintiff filed a document (Dkt. 32), which the Court construed as a motion for reconsideration of the September 28, 2026 order. (Dkt. 35). The Court requested and received a response from the Commissioner. (Dkts. 35, 37.) The motion for reconsideration is DENIED principally for the reasons as stated in the Commissioner's response. Plaintiff has not presented an intervening fact or change in law; nor has she identified anything the Court overlooked or with respect to which the Court erred.

In early 2026, Plaintiff received a fully favorable decision on her disability application with respect to an onset date in 2023. In the instant proceeding, Plaintiff claims the Commissioner erred in ruling on an earlier application by not finding an onset date starting in 2018. Because of her current circumstances – lack of finances and stable housing and food – Plaintiff sought expedited scheduling of the instant action to re-open

her earlier application. The Court denied that request in its September 28, 2026 order. The principal issue raised by Plaintiff in her motion for reconsideration is that she should be entitled to re-open her social security proceeding (which denied benefits for an earlier onset date in 2018) because she may have lacked the necessary capacity to comprehend her obligation to request re-opening within the limited period to do so. Plaintiff seeks an opportunity to make that showing.

Plaintiff did not raise that argument in her initial motion. That alone warrants denial of reconsideration. Moreover, Plaintiff has not proffered any evidence to support her suggestion that she may have lacked the capacity to timely move to re-open her earlier application. Indeed, Plaintiff's filings in this action, and the many other actions she has filed in this District, show that for the last several years she has had the capacity to timely respond to mandatory deadlines or to timely request extensions – notwithstanding her mental health challenges and diagnosis. Nothing before the Court suggests she lacked the capacity to do so at all relevant times.

Accordingly, this action shall proceed on its current schedule. To the extent not discussed herein, the Court has considered Plaintiff's arguments and found them to be either moot or without merit.

RESPECTFULLY SUBMITTED,

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 26, 2026
New York, New York

Copies transmitted this date to all parties of record.